```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| LARRY WILSON, | CIVIL ACTION NO. 04-1523 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| NEW JERSEY STATE POLICE, et al., |  |
| Defendants. |  |

**THE DEFENDANTS** Robert Sagen and Patrick Callahan moving to dismiss any remaining claims asserted against them (dkt. entry no. 45); and the plaintiff's counsel, in response, stating:

> I have run the string out as far as possible.  I have written to Mr. Wilson several times, the telephone number that I have for him in Jamaica is no longer in service and the address that I have for his former girlfriend is no longer valid. . . . I have lost contact with the client and . . . he has not cooperated in the discovery process. . . . [I]n view of my erstwhile client's lack of cooperation, I have no alternative but to agree to a Voluntary Dismissal of the matter

(dkt. entry no. 47, 6-28-07 Pl. Counsel Letter); and thus the Court intending to (1) deny the motion without prejudice as moot, (2) dismiss the remaining claims asserted against Sagen and Callahan under Federal Rule of Civil Procedure 41(a), and (3) close the action, as no claims remain viable (see dkt. entry no. 36, 8-15-06 Order & Judgment dismissing claims asserted against other defendants and certain claims asserted against Sagen and

Callahan); and for good cause appearing, the Court will issue an appropriate order and judgment.

                                          s/ Mary L. Cooper  
                                     **MARY L. COOPER**  
                                     United States District Judge